**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JOHN DOE,

                Plaintiff,

v.                                    CIVIL  ACTION  NO.  3:12-0065

MARK A. SORSAI, PUTNAM COUNTY
BOARD OF EDUCATION, SHERRI D.
GOODMAN, W.V. DEPARTEMENT OF
EDUCATION,

                Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that Defendants' Motions to Dismiss be granted (Doc. #s 12, 25, 30, and 52) and Plaintiff's Complaint (Doc. #1) be dismissed, with prejudice, for failure to state a claim.  Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Defendants' Motions to Dismiss be **GRANTED** (Doc. #s 12, 25, 30, and 52) and Plaintiff's Complaint (Doc. #1) be **DISMISSED**, with prejudice, for failure to state a claim, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.


ENTER:        July 19, 2012


ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE